UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
Eastern Division

Scott Magee
                              Plaintiff,

v.                                            Case No.: 1:16−cv−05652
                                              Honorable Joan B. Gottschall

McDonald's Corporation, et al.
                              Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Thursday, May 10, 2018:


MINUTE entry before the Honorable Joan B. Gottschall: On 6/15/17, this court referred [58] "all discovery supervision" to Judge Schenkier. Judge Schenkier entered the parties' revised joint discovery plan as a Fed. R. Civ. P. 16 scheduling order on 12/7/18. That order states that a "Discovery Plan for class discovery will be set after the ruling(s) on Dispositive Motions." Expert discovery on plaintiff's individual claims closes 6/29/18, and dispositive motions on the individual claims must be filed by 8/29/18. Id. at 1. Plaintiff nevertheless filed a motion for class certification [120] and motion to file a supporting memorandum in excess of 15 pages [122] and noticed both motions before the district judge. Defendants responded with a motion to deny the motion for class certification [123], which they also have noticed for presentment to the district judge. Defendants ask the court to sanction plaintiff for violating the 12/7/17 scheduling order. Because the filing of a motion for class certification without leave from Judge Schenkier apparently violates the 12/7/17 scheduling order and would, in any event, have a significant impact on the discovery schedule, the motion for class certification [120] is denied without prejudice, and the motion to exceed page limits [122] is denied as moot. Defendants' motion for sanctions [123] is referred to Judge Schenkier. Defendants must renotice that motion for presentment to Judge Schenkier. The 5/11/18 motion hearings are stricken. No appearance required. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.