# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

SCOTT MAGEE, individually and on behalf of all others similarly situated,

Plaintiff,

v.

MCDONALD'S CORPORATION and MCDONALD'S USA, LLC,

Defendants.

No. 16-cv-05652

Judge John F. Kness

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s) and against defendant(s) in the amount of $ _____ ,

which ☐ includes _____ pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☒ in favor of defendants MCDONALD'S CORPORATION and MCDONALD'S USA, LLC, and against plaintiff SCOTT MAGEE.

Defendants shall recover costs from plaintiff.

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.
☐ tried by Judge _____ without a jury and the above decision was reached.
☒ decided as to Defendant MCDONALD'S CORPORATION by Judge Joan B. Gottschall [188] on a motion [136] for summary judgment and as to Defendant MCDONALD'S USA, LLC by Judge John F. Kness on a motion [192] for summary judgment.

Date: October 5, 2021

_____
JOHN F. KNESS
United States District Judge