IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SCOTT MAGEE, individually and on behalf of all others similarly situated, ) ) ) *Plaintiff,* ) v. ) ) McDonald's Corporation and ) McDonalds's USA, LLC ) ) *Defendants.* ) | CIVIL ACTION NO: 16-5652 JUDGE JOHN F. KNESS MAG. JUDGE HEATHER K. MCSHAIN |

## PLAINTIFF'S NOTICE OF APPEAL

PLEASE TAKE NOTICE that Plaintiff Scott Magee hereby appeal to the United States Court of Appeals for the Seventh Circuit from the Order Granting Defendants' Motion for Summary Judgment, Dkt. 288, 289, entered on the docket in this action on October 5, 2021. This Order and Judgment are appealable pursuant to 28 U.S.C. § 1291.

Dated: October 26, 2021        *Respectfully submitted*:

/s/ Roberto Costales
Roberto Costales
William H. Beaumont
BEAUMONT COSTALES LLC
107 W. Van Buren, Suite 209
Chicago, Illinois 60605
Tel: (773) 831-8000
rlc@beaumontcostales.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on October 26, 2021, I served a copy of this motion on counsel for Defendant via the Court's CM/ECF system.

/s/ Roberto Costales