# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

January 3, 2022

*By the Court*:

| No. 21-2991 | SCOTT MAGEE, individually and on behalf of all others similarly situated,<br>        Plaintiff - Appellant<br><br>v.<br><br>MCDONALD'S USA LLC,<br>        Defendant - Appellee |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:16-cv-05652<br>Northern District of Illinois, Eastern Division<br>District Judge John F. Kness ||

Upon consideration of the **AGREED MOTION FOR VOLUNTARY DISMISSAL**, filed on December 31, 2021, by counsel for the appellant,

**IT IS ORDERED** that this case is **DISMISSED**, pursuant to Federal Rule of Appellate Procedure 42(b).

form name: **c7_FinalOrderWMandate**     (form ID: **137**)